### 13781.    STANSEL *v.* THE STATE.

LUKE, J.    The motion for a new trial contained the general grounds only; and the evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt.

> *Judgment affirmed.    Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1922.

Indictment for manufacture of liquor; from Walker superior court — Judge Irwin presiding.    June 20, 1922.

*Porter & Mebane,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.

---

### 13849.    HILL *v.* THE STATE.

LUKE, J.    The evidence amply authorized the defendant's conviction; the charge of the court was a full and fair presentation of the law applicable to the facts; and for no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed.    Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1922.

Conviction of shooting at another; from Houston superior court — Judge Mathews.    June 17, 1922.

*Marx Kunz,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.